NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRWIN INDUSTRIAL TOOL COMPANY (DOING BUSINESS AS LENOX),**
*Plaintiff-Appellee,*

v.

**BIBOW INDUSTRIES, INC. AND CHRISTOPHER W. BIBOW,**
*Defendants-Appellants.*

---

2012-1079

---

Appeal from the United States District Court for the District of Massachusetts in case no. 11-CV-30023, Judge Douglas P. Woodlock.

---

## ON MOTION

---

## ORDER

Bibow Industries, Inc. and Christopher W. Bibow move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__JAN 0 9 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John A. Burlingame, Esq.
Edward P. Dutkiewicz, Esq.

s21

Issued As A Mandate: __JAN 0 9 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK